MICHAEL F. HEALY (Bar No. 95098)
mfhealy@shb.com
EMILY M. WEISSENBERGER (Bar No. 248898)
eweissenberger@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:  415.544.1900
Facsimile:  415.391.0281

MICHAEL C. ZELLERS (SBN 146904)
michael.zellers@tuckerellis.com
AMANDA VILLALOBOS (SBN 262176)
amanda.villalobos@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, California 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Defendants
JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NANCY ACORD GILL, an individual, and NED GILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey Company doing business in California; JOHNSON & JOHNSON COSUMER INC. F/K/A JOHNSON & JOHNSON CONSUMER COMPANIES, INC., A New Jersey Company doing business in California; and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Removed from Superior Court of California, Los Angeles County, Case No. 20STCV27570 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1 of the Central District of California, the undersigned counsel of record for Defendants

-1-    Case No.

4827-6024-5451 v1    NOTICE OF INTERESTED PARTIES

Johnson & Johnson and Johnson & Johnson Consumer Inc. certify that the following parties may have a pecuniary interest in the outcome of this case:

    Johnson & Johnson

    Johnson & Johnson Consumer Inc.

    In addition, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., state the following:

    1.    Johnson & Johnson has no parent corporation, and there is no publicly held corporation that owns 10% or more of Johnson & Johnson's stock.

    2.    Johnson & Johnson Consumer Inc. is a wholly owned subsidiary of Johnson & Johnson, a publicly held corporation.

    These representations are made to enable the Court to evaluate possible disqualification or recusal. Defendants reserve the right to supplement this certification as needed.

DATED: September 18 2020    SHOOK HARDY & BACON L.L.P.

By:    */s/ Emily M. Weissenberger*
    Michael F. Healy
    Emily M. Weissenberger

    Michael C. Zellers
    Amanda Villalobos
    TUCKER ELLIS LLP

*Attorneys for Defendants JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.*